UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Shane R. Christisen, et al, | ) |
| Plaintiff, | ) |
| vs. | )   Case No. 4:20-cv-00725 UNA |
| Lance Brannon Trailer Sales, Inc. | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on June 3, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:20-cv-00117 SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-00725 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 4, 2020                    By: Michele Crayton
                                            Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00117 SNLJ.**